UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**UNITED STATES OF AMERICA**　　　　　　　　**CASE NO. 6:23-CR-00291-10**

**VERSUS**　　　　　　　　**JUDGE DAVID C. JOSEPH**

**JON COMEAUX (10)**　　　　　　　　**MAGISTRATE JUDGE DAVID J. AYO**

MINUTES OF COURT:
**Change of Plea**

| | | | |
|---|---|---|---|
| Date: | May 30, 2025 | Presiding: Magistrate Judge David J. Ayo | |
| Court Opened: | 9:00 AM | Courtroom Deputy: | Christina Chicola |
| Court Adjourned: | 9:35 AM | Court Reporter: | Beth Delatte |
| Statistical Time: | 00:35 | Courtroom: | CR7 |
| | | Probation Officer: | Michael Christy |

**APPEARANCES**

| | | |
|---|---|---|
| Casey Richmond Stelly standing in for Daniel Vermaelen  (AUSA) | For | United States of America |
| Alfred F Boustany II  (RET) Jon Comeaux (10) Defendant | For | Jon Comeaux (10) Defendant |

**PROCEEDINGS**

**BEFORE PROCEEDINGS:**
Defendant on Bond, Bond Cont'd

**CHANGE OF PLEA:**
Waiver of Indictment Filed
Information previously Filed
Defendant under Oath
Reading Waived
Defendant Advised of Charges, Maximum Penalties, & Rights
Defendant Acknowledged Understanding of the Charge and the Maximum Penalty & Rights
Defendant Advised of His Right to Trial
Defendant Entered a Plea of Guilty to **Count(s) 1** of the Bill of Information
Defendant Advised of Rule 11 Rights

**RULING:**
For those reasons assigned orally, it is recommended that the plea of guilty be accepted.

IT IS ORDERED that a special assessment of $100, is imposed on the defendant pursuant to 18 U.S.C. §3013 is payable immediately.

IT IS FURTHER ORDERED that the Clerk of Court shall accept the defendant's payment of the special assessment, any fine and/or restitution prior to the sentencing in this case.

IT IS FURTHER ORDERED that a pre-sentence investigation report be prepared.

IT IS FURTHER ORDERED the court reporter file the transcript into the record and submit a copy to Judge Joseph and Magistrate Judge Ayo.

IT IS FURTHER ORDERED the clerk is to notify both parties of the filing of the transcript. A written report and recommendation to Judge Joseph will follow.

**WAIVER:**
Defendant waived his right to file an objection to Report and Recommendation.

**NEXT:**
Sentencing set for 9/18/2025 at 10:00 a.m. in Courtroom 1 Lafayette, LA, before Judge Joseph.

**FILINGS:**
Waiver of Indictment
Consent to Proceed Before Magistrate Judge and Waiver of Objection to Report and
    Recommendation
Elements of Offense
Affidavit of Understanding of Maximum Penalty and Constitutional Rights
Stipulated Factual Basis for Guilty Plea
Plea Agreement

**RELEASE:**

The government is not moving for detention

Defendant shall remain on the previously imposed conditions of release pending Sentencing.